No. 69. SAFEWAY STORES, INC., *v.* VANCE, TRUSTEE IN BANKRUPTCY, 355 U. S. 389. Motion of petitioner for modification of opinion denied. Petition for rehearing of respondent denied. *John B. Tittmann* for petitioner. *Robert J. Nordhaus* and *Sam Dazzo* for respondent.

No. 309, Misc. MCCRAW *v.* WOODRUFF, WARDEN. Motion for leave to file petition for writ of habeas corpus and other relief denied.